

Print Form

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2013 JAN -4 AM 9:49

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Anthony Battaglia

FROM: K. Martin-Brown        , Deputy Clerk    RECEIVED DATE: 1/3/2013

CASE NO. 12cv945-AJB-MDD          DOCUMENT FILED BY: Mohamad Ghasemi

CASE TITLE: Comercializadora Recmaq Limitada v. Hollywood Auto Mall, LLC et al

DOCUMENT ENTITLED: Notice of Errata

Upon the electronic filing of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically.  Notice on Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☒ OTHER: | No provision for acceptance/Case Status: Default |

Date Forwarded: 1/3/2013

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 1/3/12                  CHAMBERS OF:    The Honorable Anthony Battaglia

cc: All Parties                By: K. Norr